## Nagy Unemployment Compensation Case.

Argued April 14, 1970. *Stephen J. Nagy,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.